81,814-02

To: Mr. Abel Acosta                                    1-27-15
Clerk, Court of Criminal Appeals of Texas

Re: WR-81,814-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

Mr. Acosta,

My name is Jason Zeno and I am a pro se indigent inmate in the TDCJ. I previously filed an application (writ of habeas corpus) with the Court of Criminal Appeals and was told that it was dismissed for failure to verify the application pursuant to T.R.A.P. 73.1. I wrote to you previously, and as I stated above, informed you that I am a pro se indigent incarcerated applicant. I requested a response from you in regards to my mistake but have received no response. The form made available to me by the law library at the Stevenson Unit in Cuero Texas included an instruction page. Number 8 of the listed instructions stated that I "must verify the application by signing either the Oath Before Notary Public or the Inmate's Declaration." No other listed instructions stated any other form of verification required. As a pro se indigent applicant I followed the

(1)

instructions from the form given to me by a legal representative of the TDCJ. Further, page 16 of the application states, "the inmate applicant must sign the inmate declaration." I followed all directions given to me in my limited knowledge of the law as a layman. With me receiving no response from your office I do not know if my application was refiled and accepted or still in dismissal status. I humbly and prayerfully request that you return my application along with all supplemental grounds filed as well as the memorandum of law. The reason for my request is so that I may copy from one application and memorandum of law to another and refile my application. I also request that you inform me of all verification procedures that I must file in order to avoid this same mistake. If my original application is currently filed please disregard this request and inform of such. I humbly and prayerfully thank you in advance for your assistance.

Jason Zeno (#1895863)
(pro se indigent applicant)